UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-60692-CV-Ungaro/Torres

ROBERT LICARI,
Plaintiff,

vs.

VAN RU CREDIT CORP.,
Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal (D.E. 5.)

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this _27TH__ day of April, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record